IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTONIO DWAYNE MATHIS | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-272 |
| TEXAS DEPARTMENT OF JUSTICE, *et al.*, | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Antonio Dwayne Mathis, an inmate confined at the Hightower Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Texas Department of Justice, UTMB, Texas Board of Pardon and Parole, Hightower Unit Sex Offender Treatment Program Coordinator, Supervisor FNU Daigle, and Unit Warden FNU Worthy.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing the complaint for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) [Dkt. 13]. Specifically, Plaintiff failed to pay the initial partial filing fee of $39.40 and failed to otherwise communicate with the Court.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance

with the recommendations of the magistrate judge.

**SIGNED this 20th day of April, 2023.**

                                                           Michael J. Truncale
                                                          United States District Judge